PAR2.2.25
PEB: USAO 2025R00021

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| UNITED STATES OF AMERICA | CRIMINAL NO. BAH 25cr 23 |
|---|---|
| v. | (Sexual Exploitation of a Child, 18 U.S.C. § 2251(a); Use of Interstate Commerce Facility to Entice Minor to Engage in Sexual Activity, 18 U.S.C. § 2422(b); Possession of Child Pornography, 18 U.S.C. § 2252A(a)(5)(B); Aiding & Abetting, 18 U.S.C. 2; Forfeiture, 18 U.S.C. § 2253, 21 U.S.C. § 853, 28 U.S.C. § 2461) |
| WILLIAM FOSTER ALGER, | |
| Defendant. | |

### INDICTMENT

#### COUNT ONE
(Sexual Exploitation of a Child)

The Grand Jury for the District of Maryland charges that:

On or about November 20, 2023, in the District of Maryland and elsewhere, the defendant,

**WILLIAM FOSTER ALGER,**

did knowingly attempt to and did knowingly employ, use, persuade, induce, entice and coerce a prepubescent minor female, to engage in sexually explicit conduct as defined in Title 18, United States Code, Section 2256(2), for the purpose of producing visual depictions of such conduct, knowing and having reason to know that such a visual depiction would be transported and transmitted using any means and facility of interstate and foreign commerce, such visual depiction was produced and transmitted using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, and such visual depictions have actually been transported and transmitted using any means and facility of interstate and foreign commerce, that is, an image that depicts Jane Doe 1 naked with her genitals exposed and displayed in a lascivious manner, said image file having been stored on an iPhone 11,

Serial Number DX4DC9V9N72J, a product of China, and in the iCloud account associated with email address ~~billagler@aol.com~~ billalger.com. /s/

18 U.S.C. § 2251(a)
18 U.S.C. § 2

## COUNT TWO
(Coercion and Enticement)

The Grand Jury for the District of Maryland further charges that:

From on or about November 2023 through December 2024, in the District of Maryland, and elsewhere, the defendant,

**WILLIAM FOSTER ALGER,**

using any facility and means of interstate and foreign commerce, knowingly attempted to and did persuade, induce, entice, and coerce Jane Doe 1, who had not attained the age of 18 years, to engage in any sexual activity for which any person can be charged with a criminal offense,

18 U.S.C. §§ 2422(b), 2427
18 U.S.C. § 2

## COUNT THREE
(Sexual Exploitation of a Child)

The Grand Jury for the District of Maryland further charges that:

On or about April 6, 2024, in the District of Maryland and elsewhere, the defendant,

**WILLIAM FOSTER ALGER,**

did knowingly attempt to and did knowingly employ, use, persuade, induce, entice and coerce a minor female, to engage in sexually explicit conduct as defined in Title 18, United States Code, Section 2256(2), for the purpose of producing visual depictions of such conduct, knowing and having reason to know that such a visual depiction would be transported and transmitted using any means and facility of interstate and foreign commerce, such visual depiction was produced and transmitted using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, and such visual depictions have actually been transported and transmitted using any means and facility of interstate and foreign commerce, that is, an image that depicts Jane Doe 2 naked with her genitals exposed and displayed in a lascivious manner, said image file having been stored on an iPhone 11, Serial Number DX4DC9V9N72J, a product of China.

18 U.S.C. § 2251(a)
18 U.S.C. § 2

## COUNT FOUR
(Sexual Exploitation of a Child)

The Grand Jury for the District of Maryland further charges that:

From on or about April 6, 2024 through April 8, 2024, in the District of Maryland and elsewhere, the defendant,

**WILLIAM FOSTER ALGER,**

did knowingly attempt to and did knowingly employ, use, persuade, induce, entice and coerce a minor female, to engage in sexually explicit conduct as defined in Title 18, United States Code, Section 2256(2), for the purpose of producing visual depictions of such conduct, knowing and having reason to know that such a visual depiction would be transported and transmitted using any means and facility of interstate and foreign commerce, such visual depiction was produced and transmitted using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, and such visual depictions have actually been transported and transmitted using any means and facility of interstate and foreign commerce, that is, an image that depicts Jane Doe 2 naked with her genitals exposed and displayed in a lascivious manner, said image file having been stored on an iPhone 11, Serial Number DX4DC9V9N72J.

18 U.S.C. § 2251(a)
18 U.S.C. § 2

## COUNT FIVE
(Sexual Exploitation of a Child)

The Grand Jury for the District of Maryland further charges that:

On or about July 27, 2024, in the District of Maryland and elsewhere, the defendant,

**WILLIAM FOSTER ALGER,**

did knowingly attempt to and did knowingly employ, use, persuade, induce, entice and coerce a minor female to engage in sexually explicit conduct as defined in Title 18, United States Code, Section 2256(2), for the purpose of producing visual depictions of such conduct, knowing and having reason to know that such a visual depiction would be transported and transmitted using any means and facility of interstate and foreign commerce, and such visual depiction was produced and transmitted using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, that is, **ALGER** used a computer and the internet to request the production of depictions of Jane Doe 2 engaged in sexually explicit conduct, intending that the depiction be produced and transmitted using a computer and the internet, and **ALGER** did pay $50 using an international wire transfer service for the production and transmission of the depiction.

18 U.S.C. § 2251(a)
18 U.S.C. § 2

## COUNT SIX
(Sexual Exploitation of a Child)

The Grand Jury for the District of Maryland further charges that:

On or about August 25, 2024, in the District of Maryland and elsewhere, the defendant,

**WILLIAM FOSTER ALGER,**

did knowingly attempt to and did knowingly employ, use, persuade, induce, entice and coerce a minor female to engage in sexually explicit conduct as defined in Title 18, United States Code, Section 2256(2), for the purpose of producing visual depictions of such conduct, knowing and having reason to know that such a visual depiction would be transported and transmitted using any means and facility of interstate and foreign commerce, and such visual depiction was produced and transmitted using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, that is, **ALGER** used a computer and the internet to request the production of depictions of Jane Doe 2 and other minors engaged in sexually explicit conduct, intending that the depiction be produced and transmitted using a computer and the internet, and **ALGER** did pay $150 using an international wire transfer service for the production and transmission of the depiction.

18 U.S.C. § 2251(a)
18 U.S.C. § 2

## COUNT SEVEN
(Coercion and Enticement)

The Grand Jury for the District of Maryland further charges that:

From in or about November 2022 through December 2024, in the District of Maryland, and elsewhere, the defendant,

**WILLIAM FOSTER ALGER,**

using any facility and means of interstate and foreign commerce, knowingly attempted to and did persuade, induce, entice, and coerce Jane Doe 2, who had not attained the age of 18 years, to engage in any sexual activity for which any person can be charged with a criminal offense,

18 U.S.C. §§ 2422(b), 2427
18 U.S.C. § 2

## COUNT EIGHT
(Sexual Exploitation of a Child)

The Grand Jury for the District of Maryland further charges that:

On or about August 24, 2024 through August 25, 2024, in the District of Maryland and elsewhere, the defendant,

**WILLIAM FOSTER ALGER,**

did knowingly attempt to and did employ, use, persuade, induce, entice and coerce Jane Doe 3, a prepubescent minor female, to engage in sexually explicit conduct as defined in Title 18, United States Code, Section 2256(2), for the purpose of producing visual depictions of such conduct, knowing and having reason to know that such a visual depiction would be transported and transmitted using any means and facility of interstate and foreign commerce, such visual depiction was produced and transmitted using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, and such visual depictions have actually been transported and transmitted using any means and facility of interstate and foreign commerce, that is, a series of three (3) video files described here:

| File Name Ending | Details |
|---|---|
| …d0d2d.mp4 | Video file depicting Jane Doe 3, a prepubescent female, using a hand to touch her exposed genitals. |
| …c587f.mp4 | Video file depicting Jane Doe 3's exposed genitals. |
| …c5e2a.mp4 | Video file depicting Jane Doe 3 using a hand to touch her exposed genitals, and an adult hand moving Jane Doe 3's hand to penetrate the Jane Doe 3's exposed genitals. |

18 U.S.C. § 2251(a)
18 U.S.C. § 2

## COUNT NINE
(Sexual Exploitation of a Child)

The Grand Jury for the District of Maryland further charges that:

On or about December 11, 2024, in the District of Maryland and elsewhere, the defendant,

**WILLIAM FOSTER ALGER,**

did knowingly attempt to and did knowingly employ, use, persuade, induce, entice and coerce Jane Doe 3, a prepubescent minor female, to engage in sexually explicit conduct as defined in Title 18, United States Code, Section 2256(2), for the purpose of producing visual depictions of such conduct, knowing and having reason to know that such a visual depiction would be transported and transmitted using any means and facility of interstate and foreign commerce, and such visual depiction was produced and transmitted using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, that is, **ALGER** used a computer and the internet to request the production of a depiction of Jane Doe 3 engaged in sexually explicit conduct, intending that the depiction be produced and transmitted using a computer and the internet, and **ALGER** did pay $30 using an international wire transfer service for the production and transmission of the depiction.

18 U.S.C. § 2251(a)
18 U.S.C. § 2

## COUNT TEN
(Coercion and Enticement)

The Grand Jury for the District of Maryland further charges that:

From on or about August 24, 2024 through on or about December 12, 2024, in the District of Maryland, and elsewhere, the defendant,

**WILLIAM FOSTER ALGER,**

using any facility and means of interstate and foreign commerce, knowingly attempted to and did persuade, induce, entice, and coerce Jane Doe 3, a prepubescent minor female, to engage in any sexual activity for which any person can be charged with a criminal offense,

18 U.S.C. §§ 2422(b), 2427
18 U.S.C. § 2

## COUNT ELEVEN
(Possession of Child Pornography)

The Grand Jury for the District of Maryland further charges that:

On or about December 20, 2024, in the District of Maryland, the defendant,

**WILLIAM FOSTER ALGER,**

did knowingly possess any material that contained an image of child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), which image had been mailed, shipped, and transported using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce by any means, including by computer, and which was produced using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, that is, the defendant did maintain an Apple iCloud internet-based file storage account affiliated with the email address "billalger@aol.com," which account contained one or more visual depictions of prepubescent minors engaged in sexually explicit conduct.

18 U.S.C. §§ 2252A(a)(5)(B) & 2256

## COUNT TWELVE
(Possession of Child Pornography)

The Grand Jury for the District of Maryland further charges that:

On or about December 20, 2024, in the District of Maryland, the defendant,

**WILLIAM FOSTER ALGER,**

did knowingly possess and knowingly access with intent to view any book, magazine, periodical, film, videotape, computer disk, and any other material that contained an image of child pornography, as defined in Title 18 United States Code, Section 2256(8)(A), that had been mailed, shipped and transported using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce by any means, including by computer, and that was produced using materials that had been mailed, shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, that is, the defendant possessed an iPhone 11, Serial Number DX4DC9V9N72J, a product of China, which contained one or more visual depictions of prepubescent minors engaged in sexually explicit conduct.

18 U.S.C. §§ 2252A(a)(5)(B) & 2256
18 U.S.C. § 2

## COUNT THIRTEEN
(Possession of Child Pornography)

The Grand Jury for the District of Maryland further charges that:

On or about December 20, 2024, in the District of Maryland, the defendant,

**WILLIAM FOSTER ALGER,**

did knowingly possess and knowingly access with intent to view any book, magazine, periodical, film, videotape, computer disk, and any other material that contained an image of child pornography, as defined in Title 18 United States Code, Section 2256(8)(A), that had been mailed, shipped and transported using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce by any means, including by computer, and that was produced using materials that had been mailed, shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, that is, the defendant possessed an iPhone SE, Serial Number F17F2947PLJP, a product of China, which contained one or more visual depictions of prepubescent minors engaged in sexually explicit conduct.

18 U.S.C. §§ 2252A(a)(5)(B) & 2256
18 U.S.C. § 2

## COUNT FOURTEEN
(Possession of Child Pornography)

The Grand Jury for the District of Maryland further charges that:

On or about December 20, 2024, in the District of Maryland, the defendant,

**WILLIAM FOSTER ALGER,**

did knowingly possess and knowingly access with intent to view any book, magazine, periodical, film, videotape, computer disk, and any other material that contained an image of child pornography, as defined in Title 18 United States Code, Section 2256(8)(A), that had been mailed, shipped and transported using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce by any means, including by computer, and that was produced using materials that had been mailed, shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, that is, the defendant possessed an iPhone SE, Serial Number FFMHPMX9PLJN, a product of China, which contained one or more visual depictions of prepubescent minors engaged in sexually explicit conduct.

18 U.S.C. §§ 2252A(a)(5)(B) & 2256
18 U.S.C. § 2

## COUNT FIFTEEN
(Possession of Child Pornography)

The Grand Jury for the District of Maryland further charges that:

On or about December 20, 2024, in the District of Maryland, the defendant,

**WILLIAM FOSTER ALGER,**

did knowingly possess and knowingly access with intent to view any book, magazine, periodical, film, videotape, computer disk, and any other material that contained an image of child pornography, as defined in Title 18 United States Code, Section 2256(8)(A), that had been mailed, shipped and transported using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce by any means, including by computer, and that was produced using materials that had been mailed, shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, that is, the defendant possessed a Western Digital, model WD800 hard drive, S/N WMA8E5102005, a product of Malaysia, which contained one or more visual depictions of prepubescent minors engaged in sexually explicit conduct.

18 U.S.C. §§ 2252A(a)(5)(B) & 2256
18 U.S.C. § 2

## FORFEITURE ALLEGATION

The Grand Jury for the District of Maryland further finds that:

1. Pursuant to Fed. R. of Crim. P. 32.2, notice is hereby given to the defendants that the United States will seek forfeiture as part of any sentence in accordance with 18 U.S.C. § 2253, 21 U.S.C. § 853(p), and 28 U.S.C. § 2461(c) as a result of a defendant's conviction under any of the offenses set forth in Counts One through Fifteen of this Indictment.

### Sexual Exploitation of Children, Distribution and Possession of Child Pornography Forfeiture

2. Upon conviction of any of the offenses set forth in Counts One, Two through Six, Eight through Nine, and Eleven through Fifteen of this Indictment, the defendant,

**WILLIAM FOSTER ALGER,**

shall forfeit to the United States, pursuant to 18 U.S.C. § 2253(a):

a. any visual depiction described in Title 18, United States Code, Sections 2251, 2251A, 2252, or 2252A, 2252B, or 2260 or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, received or possessed in violation of Title 18, United States Code, Chapter 110;

b. any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense; and

c. any property, real or personal, used or intended to be used to commit or to promote the commission of such offense or any property traceable to such property.

### Coercion and Enticement Forfeiture

3. Upon conviction of any of the offenses set forth in Counts Two, Seven, and Ten of this Indictment, the defendant,

**WILLIAM FOSTER ALGER,**

shall forfeit to the United States, pursuant to 18 U.S.C. § 2428(a):

17

a. any interest in any property, real or personal, that was used or intended to be used to commit or to facilitate the commission of such violation; and

d. any property, real or personal, constituting or derived from any proceeds that such person obtained, directly or indirectly, as a result of such violation.

## Property Subject to Forfeiture

4. The property to be forfeited includes, but is not limited to, the following:

   a. iPhone 11, Serial Number DX4DC9V9N72J;

   b. iPhone SE, Serial Number F17F2947PLJP; and

   c. iPhone SE, Serial Number FFMHPMX9PLJN; and

   d. Western Digital, model WD800 hard drive, S/N WMA8E5102005.

## Substitute Assets

5. If the property described above, as a result of any act or omission of the defendant:

   a. cannot be located upon the exercise of due diligence;
   b. has been transferred or sold to, or deposited with, a third party;
   c. has been placed beyond the jurisdiction of the Court;
   d. has been substantially diminished in value; or
   e. has been commingled with other property that cannot be subdivided without difficulty;

the United States shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p), as incorporated by 18 U.S.C. § 2253(b) and 28 U.S.C. § 2461(c).

18 U.S.C. § 2253
21 U.S.C. § 853(p)
28 U.S.C. § 2461(c)

Erek L. Barron
United States Attorney

A TRUE BILL

**SIGNATURE REDACTED**
Foreperson

Date: February 5, 2024